IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RENATA BARKER,** Administratrix of the | **:** | |
| **ESTATE OF BRIAN K. BARKER,** | **:** | |
| Deceased, and in her own right, | **:** | |
| **Plaintiff,** | **:** | **Civ. No. 21-223** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **TYSON FOODS, INC., et al.,** | **:** | |
| **Defendants.** | **:** | |

### O R D E R

**AND NOW**, this 4th day of November, 2021, upon consideration of Plaintiff's Motion to Remand (Doc. No. 9) and all related submissions (Doc. Nos. 1, 15, 16), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED** and fraudulently joined Defendants Original Philly Holdings and Original Philly Steak are **DISMISSED**.

AND IT IS SO ORDERED.

_/s/ Paul S. Diamond_
Paul S. Diamond, J.