# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RENATA BARKER,** Administratrix of the **ESTATE OF BRIAN K. BARKER,** Deceased, and in her own right, <br> **Plaintiff,** <br><br> v. <br><br> **TYSON FOODS, INC.,** <br> **Defendant.** | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civ. No. 21-223 |

## O R D E R

**AND NOW**, this 6th day of December, 2021, upon consideration of Defendant's Motion to Dismiss (Doc. No. 5), Plaintiff's Response in Opposition (Doc. No. 10), Defendant's Reply (Doc. No. 14), Defendant's Notices of Supplemental Authority and Supplemental Memorandum (Doc. Nos. 19, 20, 25), Plaintiff's Supplemental Memorandum (Doc. No. 25), and all related submissions, it is hereby **ORDERED** that Defendants' Motion to Dismiss (Doc. No. 5) is **GRANTED**. Plaintiff's Complaint (Doc. No 1-1) is **DISMISSED with prejudice**. The Clerk of Court shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　 /s/ Paul S. Diamond　　　　
　　　　　　　　　　　　　　　　　　　Paul S. Diamond, J.