IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RENATA BARKER, ADMINISTRATRIX OF THE ESTATE OF BRIAN K. BARKER, DECEASED, AND IN HER OWN RIGHT**<br><br>*Plaintiffs*<br><br>vs.<br><br>**TYSON FOODS, INC., THE ORIGINAL PHILLY STEAK, INC.** *And* **ORIGINAL PHILLY HOLDINGS, INC**<br>*Defendant* | CIVIL ACTION NO.: 2:21-cv-00223-PD |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Renata Barker, Administratrix of the Estate of Brian K. Barker, deceased, and in her own right ("Plaintiff") hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered by this Court in favor of Defendants Tyson Foods, Inc., The Original Philly Steak, Inc., and Original Philly Holdings, Inc. ("Defendants") on December 6, 2021 (ECF 26) and all decisions subsumed in that judgment, including, but not limited to, the following:

1. The Court's November 22, 2021 Memorandum denying Plaintiff's Motion to Remand and related Order, including the Court's concurrent dismissal of all claims against Defendant Original Philly Holdings, Inc. and Original Philly Steak, Inc. (ECF 21, 22); and

2. The Court's December 6, 2021 Memorandum granting Defendant Tyson Foods, Inc.'s motion to dismiss with prejudice and related Order (ECF 26, 27).

Dated: January 5, 2021                    */s/ Robert J. Mongeluzzi*
                                                  Robert J. Mongeluzzi
                                                  Steven G. Wigrizer
                                                  Jeffrey P. Goodman
                                                  Jason S. Weiss
                                                  **SALTZ MONGELUZZI & BENDESKY P.C.**
                                                  One Liberty Place
                                                  1650 Market Street, 52nd Floor
                                                  Philadelphia, Pennsylvania  19103
                                                  Tel: (215) 496-8282
                                                  rmongeluzzi@smbb.com
                                                  swigrizer@smbb.com
                                                  jgoodman@smbb.com
                                                  jweiss@smbb.com

                                                  ***Counsel for Plaintiff***