# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1039

Renata Barker v. Tyson Foods Inc, et al

(U.S. District Court No.: 2-21-cv-00223)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: July 21, 2022
AMR/cc: Andrea R. Butler, Esq.
Paul D. Clement, Esq.
Jeffrey P. Goodman, Esq.
Erin E. Murphy, Esq.
C. Harker Rhodes IV, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate